# Court of Appeals
# of the State of Georgia

ATLANTA, October 21, 2020

*The Court of Appeals hereby passes the following order*

**A21D0070. TROY PARRIS TOMMS, JR. v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2020CR047



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, October 21, 2020.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*